UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID ALSHFI,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 24-cv-03908-DMR<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff's opposition to Defendants' motion for summary judgment was due on 2/24/25. No opposition was filed. By 3/24/25, Plaintiff must show cause to explain why Defendants' motion should not be granted due to Plaintiff's failure to file a timely opposition brief. By 3/24/25, Plaintiff shall also file any opposition or statement of non-opposition to Defendants' motion for the court's consideration in the event there is good cause to discharge this order to show cause.

**IT IS SO ORDERED.**

Dated: March 19, 2025

                                            Donna M. Ryu<br>                                            Chief Magistrate Judge